JEFFREY T. GWYNN, ESQ., SBN 180548
THE GWYNN LAW FIRM, PC
455 W. La Cadena Drive, Suite 18
Riverside, California 92501
Tel: (951) 684-3774
Fax: (951) 346-3405

Attorneys for Debtors GLORIA V. ORTIZ and DAVID G. LOPEZ

# BANKRUPTCY COURT OF THE STATE OF CALIFORNIA

## FOR THE CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| IN RE GLORIA V. ORTIZ AND DAVID G LOPEZ<br><br>DEBTORS, | CASE NO.: 09-BK-13564-MJ<br><br>CHAPTER 13<br><br>**NOTICE OF OPPOSITION AND OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING (Tax Refund)**<br><br>Date: July 28, 2011<br>Time: 1:30 PM<br>Court: 301<br>3420 Twelfth Street, Riverside CA |

TO THE HONORABLE MEREDITH A. JURY, UNITED STATES BANKRUPTCY JUDGE; CHAPTER 13 TRUSTEE ROD DANIELSON; AND ALL OTHER INTERESTED PARTIES:

Please take notice that debtors GLORIA V. ORTIZ AND DAVID G. LOPEZ oppose the Trustee's Motion to Dismiss as follows:

1. Debtors inadvertently failed to submit copies of their 2009 and 2010 Income Tax Returns to the Trustee. *See Exhibit A for copy of 2009 Tax Returns and Exhibit B for copy of 2010 Tax Returns.*

---

1

NOTICE OF OPPOSITION AND OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING (Tax Refund)

2. For the 2009 tax year, Debtors owed the Internal Revenue Service $2268, and received a refund from the Franchise Tax Board for $2218.00. *See Exhibit A for copy of 2009 California tax returns.*

3. Debtors used the monies from their Franchise Tax Board Refund to off set taxes owed to the Internal Revenue Service.

4. On or about June 1, 2011, debtors submitted two checks to the Trustee for $2587.00 and $1414.07 for their 2010 tax refunds. *See Exhibit C for the Chapter 13 Trustee's Financial Summary.*

5. For the 2008 Tax Year, Debtors owed the Internal Revenue Service $1626.93. This amount was deducted from the Debtor's 2010 Tax Refund. *See Exhibit D Explanation of withholdings from the Internal Revenue Service.*

6. Based on the foregoing, the debtors have submitted all monies received from the Taxing Authorities to the Trustee.

DATED: July 22, 2011

THE GWYNN LAW FIRM, PLC

By: /s/ Jeffrey T. Gwynn
JEFFREY T. GWYNN, ESQ.
Attorneys for debtors
GLORIA V. ORTIZ AND DAVID G LOPEZ

2
NOTICE OF OPPOSITION AND OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING (Tax Refund)

## DECLARATION OF GLORIA V. ORTIZ

I, Gloria V. Ortiz, declare as follows:

1. Along with my husband, David G Lopez, I am one of the debtors in this chapter 13 case number 6:09-13564-MJ. I have personal knowledge of the facts stated in the declaration and could and would competently testify thereto if called as a witness.

2. We are aware that we are required to submit copies of the most recent year's state and federal tax returns to the Trustee within 14 days of the date those returns are filed. In addition, we do not dispute that we pledged all tax refunds to the plan per paragraph 3(a) of the Order Confirming the Plan.

3. In 2010, we filed our 2009 Tax Returns. *See Exhibit A for copy of the 2009 taxes.* We owed the Internal Revenue Service (IRS) $2268.00 and we received a refund from the Franchise State Board for $2218.00. We applied the refund from the Franchise State Board to the amount owed the Internal Revenue Service.

4. In 2011, we filed our 2010 Tax Returns. *See Exhibit B for copy of the 2010 taxes.*

5. From our 2010 Federal Tax Refund, the IRS deducted $1626.93 to cover taxes owed for the 2008 Tax year. *See Exhibit D for IRS Deduction Statement and Exhibit E for Copy of 2008 Taxes.*

6. In June 2011, we submitted our 2010 tax refunds for $1414.07 and $2587.00 to the Trustee. *See Exhibit C for Trustee's Financial Summary Statement.*

I declare under penalty of perjury under the laws of the state of California that the above is true and correct. Executed on July 22, 2011 in Riverside California.

/s/ Gloria V. Ortiz
Gloria V. Ortiz, Declarant

---

3
NOTICE OF OPPOSITION AND OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING (Tax Refund)

# PROOF OF SERVICE

I am employed in the County of Riverside, State of California. I am over the age of 18 years and not a party to the within action. My business address is **455 W. La Cadena Drive, Ste. 18, Riverside, California 92501**.

On July 22, 2011, I served the foregoing document described as **NOTICE OF OPPOSITION AND OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING (Tax Refund)** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

SEE ATTACHMENT

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at Riverside, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE MACHINE:** I transmitted a true copy of said document(s) by facsimile machine, and no error was reported. Said fax transmission(s) were directed as indicated on the service list.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the firm's pickup location for UPS Overnight at Riverside, California. The envelope was deposited with delivery fees fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ I declare under penalty of perjury under the laws of The United States of America that the foregoing is true and correct.

Executed on July 22, 2011, at Riverside, California.

/S/
Sharon Ulam

4
NOTICE OF OPPOSITION AND OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING (Tax Refund)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SERVICE LIST

| | |
|---|---|
| United States Trustee<br>3685 Main Street, Suite 300<br>Riverside CA 92501 | United States Bankruptcy Court<br>3420 12th Street<br>Riverside CA 92501 |
| Rod Danielson<br>Chapter 13 Trustee<br>3435 14th Street, Suite #100<br>Riverside, CA 92501 | Gloria Ortiz and David Lopez<br>6316 Sandhill Place<br>Rancho Cucamonga CA 91739 |

5
**NOTICE OF OPPOSITION AND OPPOSITION TO TRUSTEE'S MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING (Tax Refund)**